ORIGINAL

**MARR JONES & WANG**
A LIMITED LIABILITY LAW PARTNERSHIP

| | |
|---|---|
| KRISTI K O'HERON | 9307-0 |
| CECILY D.M. KAYA | 10397-0 |

Pauahi Tower
1003 Bishop Street, Suite 1500
Honolulu, Hawaii 96813
Tel. No. (808) 536-4900
Fax No. (808) 536-6700
koheron@marrjones.com

Attorneys for Defendant
MARRIOTT RESORTS HOSPITALITY CORPORATION

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 09 2022

at 11 o'clock and 55 min. A M
MICHELLE RYNNE, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOSHUA JAMES MEDEIROS,<br><br>Plaintiff,<br><br>vs.<br><br>MARRIOTT VACATIONS WORLDWIDE CORPORATION, MARRIOTT KO'OLINA BEACH CLUB, MARRIOTT RESORTS HOSPITALITY CORPORATION,<br><br>Defendant. | CIVIL NO. 21-00278 HG-KJM<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES<br><br>No trial date |

1397220/1527.004

## STIPULATION FOR DISMISSAL WITH **PREJUDICE OF ALL CLAIMS AND PARTIES**

IT IS HEREBY STIPULATED by and between Defendant MARRIOTT RESORTS HOSPITALITY CORPORATION, through its counsel, and Plaintiff JOSHUA JAMES MEDEIROS, *pro se*, that all claims that have been or could have been brought in this action be and are hereby dismissed with prejudice.

This stipulation is based on Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and has been signed by counsel for all parties who have made an appearance in this action. There are no remaining claims or parties. Each party shall bear her/its own attorneys' fees and costs. No trial date has been set for this matter.

DATED:  Honolulu, Hawaii, February 16, 2022.

*/s/ Joshua Medeiros*
JOSHUA JAMES MEDEIROS

Plaintiff *Pro Se*

DATED: Honolulu, Hawaii, 3/9/2022

/s/ Kristi K. O'Heron
KRISTI K. O'HERON
CECILY D.M. KAYA

Attorneys for Defendant
MARRIOTT RESORTS HOSPITALITY
CORPORATION

APPROVED AND SO ORDERED

*Joshua James Medeiros v. Marriott Vacations Worldwide Corporation et. al.*;
Civil No. 21-00278 HG-KJM; STIPULATION FOR DISMISSAL WITH
PREJUDICE OF ALL CLAIMS AND PARTIES

3

1397220/1527.004